24

COVENTRY, APPELLEE, *v.* STEVE KOREN, INC.; BUCKEYE UNION CASUALTY CO., APPELLANT.

(No. 39423—Decided November 17, 1965.)

*Mr. Frank Leonetti,* for appellee.
*Mr. James A. Chiara,* for appellant.

*Per Curiam.* The judgment of the Court of Appeals is affirmed for the reasons stated in its opinion, reported in 1 Ohio App. 2d 385.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.